

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2014

No. 04-14-00063-CV

Hetul **BHAKTA** d/b/a Budget Inn,
Appellant

v.

**TEX DEPT OF TRANSPORTATION**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-04-15888-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's November 13, 2013, order granting appellee's plea to the jurisdiction. A timely "Motion for Rehearing and Reconsideration" was filed on November 11, 2013. Tex. R. Civ. P. 329b(a). Appellant filed a notice of appeal on January 7, 2014. Appellee has filed a motion to dismiss, arguing this court lacks jurisdiction over this appeal.

Although appellant filed a timely motion for new trial, a timely-filed motion for new trial does not extend the time for filing a notice of appeal in an accelerated appeal. *In re K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005); Tex. R. App. P. 28.1(b). Because appellant did not file a notice of appeal within twenty days after the trial court signed its order and did not file a motion to extend time, it appears this court lacks jurisdiction.

It is therefore ORDERED that appellant show cause in writing <u>no later than March 28, 2014</u> why this appeal should not be dismissed for lack of jurisdiction.

All appellate filing dates are ABATED pending further orders from this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court